UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBBIE KENNA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-2068 |
| | § | |
| JOHN POTTER, | § | |
| | § | |
| Defendant. | § | |

## FINAL SUMMARY JUDGMENT

On June 19, 2007, in the action pending between Plaintiff, Debbie Kenna, and Defendant, John Potter, Postmaster General, the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing and that Defendant is awarded his costs.

SIGNED at Houston, Texas, this 26th day of June, 2007.

_____
Melinda Harmon
United States District Judge